**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

PAUL J. CODY,

      Plaintiff,

vs.                                                             CASE NO. 3:10cv168/RS-MD

SUN LIFE ASSURANCE COMPANY OF
CANADA,

      Defendant.
_____/

## ORDER

Before me is the Amended Joint Scheduling Report (Doc. 15).

**IT IS ORDERED**:

1. Non-jury trial of this case is scheduled for February 28, 2011 & March 1, 2011, at 8:30 a.m. in **Panama City, Florida**.

2. Pretrial conference is scheduled for Monday, February 14, 2011, at 3:00 p.m. in Panama City, Florida.

**ORDERED** on November 16, 2010.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK
                                              UNITED STATES DISTRICT JUDGE**