IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL J. CODY,

    Plaintiff,

vs.                       CASE NO. 3:10-cv-168/WS-MD

SUN LIFE ASSURANCE COMPANY
OF CANADA,

    Defendant.
_____/

## ORDER

Before me is Notice of Voluntary Dismissal With Prejudice (Doc. 23). Pursuant to N.D. Fla. Loc. 16.2 it is ordered:

1. The case is **dismissed with prejudice.**

2. The clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on November 16, 2010

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**